IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBIN A. VATHIS,

    *Plaintiff*,

v.                                        Case No.: 5:25cv73-MW/MJF

SPRINGFIELD POLICE
DEPARTMENT, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. The report and recommendation was returned as undeliverable with the notation that Plaintiff was no longer in custody. *See* ECF No. 10. Plaintiff has not provided this Court with an updated mailing address, even though it is Plaintiff's responsibility to do so. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute, failure to pay

the filing fee, and failure to comply with court Orders." The Clerk shall close the file.

**SO ORDERED on July 21, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**
